UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
HANLEY GOMEZ,

                Petitioner,

- against -

UNITED STATES OF AMERICA,
                Respondent.
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/2020

**AMENDED ORDER**

16 Cv 4920 (RMB)
14 Cr 459 (RMB)

The Court hereby amends the schedule in this case as follows:

The Probation Department's PSR is due on or before February 21, 2020;

Gomez's written sentencing submission is due on or before March 6, 2020;

The Government's written sentencing submission is due on or before March 13, 2020;

Gomez's resentencing is scheduled for Wednesday, March 18, 2020, at 12:30 p.m.

Dated: New York, New York
       January 10, 2020

**RICHARD M. BERMAN**
**U.S.D.J.**